UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| RAFAEL PAGAN CRUZ, | |
| Plaintiff | |
| v. | Civ. No. 98-1629(PG) |
| ADMINISTRACION DE CORRECCION, | |
| Defendant | |

## ORDER

On December of 1998, this case was consolidated with the lead prisoner class action *Morales Feliciano v. Sila Maria Calderón*, (No. 79-004). It appears that the allegations made in the complaint and the remedies sought by Plaintiff are consonant and the same as those claimed in the lead case. That being the case any remedy forthcoming in the lead case will benefit plaintiff since he is a member of the class as certified in the Morales Feliciano litigation. Wherefore, the above captioned case is **DISMISSED** without prejudice to plaintiff's refiling of any specific claim at the time that the court assesses and apportions final damages in the lead case.

**IT IS SO ORDERED**.

San Juan, Puerto Rico, March 30, 2001.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge