UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RAFAEL PAGAN CRUZ,

Plaintiff

v.  Civ. No. 98-1629(PG)

ADMINISTRACION DE CORRECCION,

Defendant

### Judgment

In this same date the Court has entered an Order dismissing plaintiffs' case without prejudice.

Wherefore it is **ORDERED AND ADJUDGED** that the case is **DISMISSED** without prejudice.

San Juan, Puerto Rico, March 20, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev.8/82)